# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GREGORY KEITH LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:10-cv-1219-RBP-TMP |
| | ) |
| DEBORAH WALKER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 26, 2011, recommending that the plaintiff's claim, filed pursuant to 42 U.S.C. § 1983, be dismissed at frivolous under 28 U.S.C. § 1915A(b). The magistrate judge further recommended that the plaintiff's state-law claims (if any) be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). No objections were filed by either party.

Having carefully reviewed and considered the report and recommendation, and there being no objections, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the plaintiff's § 1983 claim is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). Additionally, to the extent the plaintiff has alleged any state-law claims, such claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). A Final Judgment will be entered.

**DATED** this 22nd day of September, 2011.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**